UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV 12-10108-CAS (FMOx) | Date | March 5, 2013 |
|---|---|---|---|
| Title | STEPHANIE KELLY V. UNITED STATES OF AMERICA | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants

Not present   Not present

**Proceedings:**   **(In Chambers:) ORDER DISMISSING CASE**

On November 27, 2012, plaintiff Stephanie Kelly filed the instant action in this Court against defendant United States of America. Plaintiff has yet to serve defendant with a copy of her complaint.

On January 24, 2013, the Court issued an order to show cause requesting that plaintiff explain why this case should not be dismissed for lack of subject matter jurisdiction. Dkt. #4. As explained in that order, dismissal for lack of subject matter jurisdiction is proper when the federal claim is "so insubstantial, implausible, foreclosed by prior decisions of this Court, or otherwise completely devoid of merit as not to involve a federal controversy." Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 89 (1998) (citations and quotations omitted).

On February 11, 2013, the Court received plaintiff's response to the Court's order to show cause. After reviewing the response, the Court finds that it lacks subject matter jurisdiction over this case for the reasons enumerated in the Court's January 24, 2013 order. Consequently, this case is DISMISSED.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |